District Judge James L. Robart
Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARANJIT **SINGH** (Agency # 71-786-358),<br><br>Petitioner,<br><br>v.<br><br>ALBERTO R. GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; and A. NEIL CLARK, Field Office Director for Immigration and Customs Enforcement, WARDEN, Immigration and Detention Facility,<br><br>Respondents. | No.  C06-0700-JLR-MAT<br><br><br>STIPULATION AND ORDER CONTINUING MOTION CALENDAR DATE OF RESPONDENTS' MOTION TO DISMISS |

The Petitioner and Respondents, through their undersigned counsel, hereby stipulate and jointly move that the motion calendar date for the Respondent's Motion to Dismiss,

//
//
//

STIPULATION AND ORDER CONTINUING MOTION
CALENDAR DATE OF RESPONDENTS' MOTION TO DISMISS - 1
C06-0700-JLR-MAT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  currently noted for July 21, 2006, be continued one (1) week to July 28, 2006.

2          Respectfully submitted,

5  s/Jay W. Stansell                          DATED:  July 24, 2006
   JAY W. STANSELL, WSBA #18752
6  Federal Public Defender's Office
   Attorney for Petitioner

9  JOHN McKAY
   United States Attorney

12 s/Robert P. Brouillard                     DATED:  July 24, 2006
   ROBERT P. BROUILLARD, WSBA #19786
13 Assistant United States Attorney
   Attorney for Respondents

### ORDER

17         The above is SO ORDERED.

19         DATED this 24th day of July, 2006.

                                    Mary Alice Theiler
                                    United States Magistrate Judge

STIPULATION AND ORDER CONTINUING MOTION
CALENDAR DATE OF RESPONDENTS' MOTION TO DISMISS - 2
C06-0700-JLR-MAT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970