01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
07                                    AT SEATTLE

08   CHARANJIT SINGH,                        )   CASE NO.: C06-0700-JLR
                                             )
09          Petitioner,                      )
                                             )
10   v.                                      )   ORDER GRANTING PETITION FOR
                                             )   WRIT OF HABEAS CORPUS
11   ALBERTO GONZALES, et al.,               )
                                             )
12          Respondents.                     )
     _____ )
13

14          The Court, having reviewed the Petition for Writ of Habeas Corpus, the Report and

15   Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any

16   objections or responses to that, and the remaining record, finds and Orders as follows:

17          (1)    The Court adopts the Report and Recommendation;

18          (2)    The Petition for Writ of Habeas Corpus (Dkt. #3) is GRANTED;

19          (3)    Petitioner shall be released from ICE custody within 10 days after entry of this

20                 Order, on conditions set by ICE which may include those set forth in 8 C.F.R. §

21                 241.5(a);

22          (4)    Respondents' cross-motion to dismiss (Dkt. #11) is DENIED; and

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE -1

(5)     The Clerk shall send a copy of this Order to all counsel of record, and to the

Honorable Mary Alice Theiler.

DATED this 25th day of August, 2006.


_____

JAMES L. ROBART
United States District Judge

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE -2